

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00069-CV

| | | |
|---|---|---|
| PHUONG NGUYEN AND E-2 OPTICS, LLC AND SOUTHWEST NETWORKS, INC., Appellants | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-298983-18) |
| V. | | |
| | § | April 30, 2020 |
| ABLE COMMUNICATIONS, INC., Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's denial of Appellants' motions to dismiss under the TCPA except as to the fraud by nondisclosure claim against Appellant Phuong Nguyen. We remand this case for the trial court to render a judgment of dismissal as to all of Appellee ABLe Communications, Inc.'s claims against Appellants E-2 Optics, LLC and Southwest

Networks, Inc. and all claims against Nguyen except ABLe's claims for breach of contract and fraud by nondisclosure and for further proceedings consistent with this opinion.

It is further ordered that Appellee ABLe Communications, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach